```
Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiff,
PEDRO CASTRO, individually
and on behalf of all others
similarly-situated
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| PEDRO CASTRO, individually and on behalf of all others similarly-situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>OROZCO TRUCKING, ONORIO OROZCO and DOES 1 to 100,<br><br>        Defendants. | CASE NO.<br><br>NOTICE OF RELATED CASES |

   Pursuant to L.R. 83-123, plaintiff hereby gives notice that this matter is related to fourteen (14) other "truck driver overtime" actions filed in this court:

   1.  <u>Martin v. Pan Pacific Petroleum,</u> Case No. CIV F-03-5746 AWI LJO;

   2.  <u>Ball v. Petrol Transport, Inc.</u>, Case No. CIV F-04-5370 AWI LJO;

   3.  <u>Willis v. Cal Western</u>, Case No. CIV F-00-5695 AWI LJO;

   4.  <u>Baganha v. CMT</u>, Case No. CIV F-01-5729 AWI LJO;

1       5.   <u>Vasquez v. Jim Aartman</u>, Case No. CIV F-02-5624 AWI LJO;

2       6.   <u>Orellana v. Silva Trucking</u>, Case No. CIV F 04-5979 AWI LJO;

3       7.   <u>Morales v. Five J's Trucking</u>, Case No. CIV F-04-5429 AWI LJO;

4       8.   <u>Aguayo v. Oldenkamp Trucking</u>, Case No. CIV F-04-6279 AWI LJO;

5       9.   <u>Rees v. Souza Milk Transportation, Co.</u>, Case No. CIV F-05-0297 LJO SMS;

6       10.  <u>Fuson v. C.L. Bryant</u>, Case No. CIV F-06-0766 LJO SMS;

7       11.  <u>Crowe v. H & H Trucking</u>, Case No. CIV F-06-1302 LJO SMS;

8       12.  <u>Bishop v. Petro-Chemical</u>, Case No. CIV F-07-0137 LJO SMS;

9       13.  <u>Rodriguez v. Five J's Trucking</u>, Case No. CV F-07-0671 LJO SMS;

10      14.  <u>Bates v. C.L. Bryant</u>, Case No. CV-F-07-1825 LJO SMS.

This matter is related to these other actions because they all involve <u>similar and/or identical</u> causes of action and class action allegations by truck drivers for unpaid overtime compensation, all of whom haul products solely in <u>intra</u>state transportation in the State of California. As a result, <u>similar and identical</u> questions of fact and law are present, including but not limited to:

1.   Whether truck drivers are entitled to overtime compensation under 29 U.S.C. §201 et seq. because they haul goods solely in intrastate transportation (i.e. within the State of California);

2.   Whether a violation of the FLSA also constitutes an unfair business practice under California Business and Professions Code §17200 et seq., despite the fact that the truck drivers are not entitled to overtime compensation under the California Wage

Orders;

3. Whether said truck drivers fall within the Motor Carrier Safety Exemption of the FLSA;

4. Whether the FLSA pre-empts claims for overtime compensation under California Business and Professions Code §17200 et seq.;

5. Whether defendants are exempt from paying overtime compensation pursuant to 29 U.S.C. §213(b)(1), i.e. whether the hauling done by defendants' <u>inter</u>state truck drivers (if any) exempts <u>all</u> of defendants' <u>intra</u>state truck drivers from the overtime requirements of the FLSA;

6. Whether similarly-situated truck drivers may "opt-in" to these actions under 29 U.S.C.§216(b); and

7. Whether these actions may be maintained as an "opt-out" class action under FRCP 23.

Based on the numerous questions of fact and law which are similar and/or identical in these cases, assignment of this matter to the Honorable Lawrence J. O'Neill will effect a substantial savings of judicial effort because Judge O'Neill has already ruled or will rule on the above questions of fact and law in the related cases.

DATE: April 21, 2008                              LAW OFFICE OF JERRY BUDIN


                                                  /s/ Jerry Budin_____
                                                  JERRY BUDIN
                                                  Attorney for Plaintiff,
                                                  PEDRO CASTRO individually
                                                  and on behalf of all others
                                                  similarly-situated

NOTICE OF RELATED CASES

3