# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CASTRO, et al., | CASE NO. CV F 08 0578 LJO SMS |
| Plaintiffs, | **PRELIMINARY SCHEDULING AND DISCOVERY ORDER** |
| vs. | |
| OROZCO TRUCKING, et al., | |
| Defendants. | |

This Court conducted a preliminary scheduling conference on September 29, 2008 in Department 4 (LJO). Plaintiff Pedro Castro ("plaintiff"), on behalf of himself and other similarly situated truck drivers, appeared by counsel Jerry Budin, Law Offices of Jerry Budin. Defendants Orozco Trucking and Honorio Orozco (collectively "defendants") appeared by counsel Albert Israel, Fields & Israel, LLP.

This action arises from defendants' alleged failure to pay overtime compensation to plaintiff and other similarly situated truck drivers. After discussion with counsel, this Court SETS the following dates for defendants potential change of venue motion and class certification only:

1. A November 17, 2009 deadline for defendants to file and serve moving papers for change of venue;

2. A December 1, 2008 deadline for plaintiff to file and serve opposition papers for change of venue;

3. A hearing on December 9, 2008 at 8:45 a.m. in Department 7 (SMS) on defendants' anticipated change of venue motion;

4. A January 9, 2009 discovery cutoff for class certification;

5. A January 20, 2009 deadline to file and serve moving papers on class certification;

6. A February 3, 2009 deadline to file and serve opposition papers on class certification;

7. A February 10, 2009 deadline to file and serve reply papers on class certification; and

8. A hearing on February 18, 2009 at 8:15 a.m. in Department 4 (LJO) on plaintiff's anticipated motion on class certification.

After resolution of class certification, this Court will set a further scheduling conference.

IT IS SO ORDERED.

Dated:   September 29, 2008                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE