Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiff,
PEDRO CASTRO, et al.


Albert S. Israel
State Bar #71320
FIELDS & ISRAEL, LLP
111 West Ocean Boulevard, Suite 2300
Long Beach, California 90802
Telephone: (562) 432-5111
Facsimile: (562) 432-6333

Attorneys For Defendants,
HONORIO OROZCO and OROZCO TRUCKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| PEDRO CASTRO, et al., | CASE NO. 1:08-cv-00578 LJO-SMS |
| Plaintiffs, | STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; ORDER |
| vs. | |
| OROZCO TRUCKING, et al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, as follows:

    1.   On September 30, 2008, this Court issued its Preliminary Scheduling Order (Doc. 13).

    2.   The parties have diligently pursued discovery in this matter and are currently involved in serious, good faith settlement

discussions.

3. The parties have not previously requested any extensions of the deadlines in the Scheduling Order.

4. In order to allow the parties the opportunity to complete their settlement discussions, the parties request that the Court amend its previous order to extend the deadlines and hearing dates in this matter for sixty (60) days as follows:

    a. Cutoff to complete discovery re: class certification - March 6, 2009.

    b. Deadline to file and serve class certification motion - March 16, 2009.

    c. Deadline to file and serve opposition papers - March 30, 2009.

    d. Deadline to file and serve reply papers - April 6, 2009.

    e. Hearing on class certification motion - April 13, 2009 at 8:15 a.m.

Dated: January 12, 2009    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiff,
ERIC LACY, et al.

Dated: January 12, 2009    FIELDS & ISRAEL, LLP

/s/Albert S. Israel
_____
ALBERT S. ISRAEL
Attorney for Defendants,
OROZCO TRUCKING, et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Cutoff to complete discovery re: class certification - March 6, 2009.

    b. Deadline to file and serve class certification motion - March 16, 2009.

    c. Deadline to file and serve opposition papers - March 30, 2009.

    d. Deadline to file and serve reply papers - April 6, 2009.

    e. Hearing on class certification motion - April 13, 2009 at 8:15 a.m. before Judge O'Neill in Courtroom #4.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   January 21, 2009**          /s/ Sandra M. Snyder
                                       **UNITED STATES MAGISTRATE JUDGE**