1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   PEDRO CASTRO, et al.
6

7  Albert S. Israel
   State Bar #71320
8  FIELDS & ISRAEL, LLP
   111 West Ocean Boulevard, Suite 2300
9  Long Beach, California 90802
   Telephone: (562) 432-5111
10 Facsimile: (562) 432-6333

11 Attorneys For Defendants,
   HONORIO OROZCO and OROZCO TRUCKING
12

13                      UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15                              (Fresno Division)

16

17 PEDRO CASTRO, et al.,          )   CASE NO. 1:08-cv-00578 LJO SMS
                                  )
18              Plaintiffs,       )   STIPULATION TO AMEND
                                  )   PRELIMINARY SCHEDULING
19 vs.                            )   ORDER; ORDER
                                  )
20 OROZCO TRUCKING, et al.,       )
                                  )
21              Defendants.       )
   ───────────────────────────────)
22

23     IT IS HEREBY STIPULATED by and between the parties, through

24 their respective attorneys, as follows:

25     1.   On September 30, 2008, this Court issued its Preliminary

26 Scheduling Order (Doc. 13).

27     2.   The parties have previously requested one extension

28 of the deadlines in the Scheduling Order (See Court's Order of

───────────────────────────────────────────────────────────────────────
STIPULATION TO AMEND PRELIMINARY                    CASE NO. CV-F-08-0578 LJO SMS
SCHEDULING ORDER; [PROPOSED] ORDER

January 21, 2009-Doc. 17) to allow them to complete class certification discovery and to begin good faith settlement discussions.

3. The parties have completed class certification discovery in this matter and are currently involved in serious, good faith settlement discussions.

4. In order to allow the parties the opportunity to complete their settlement discussions, the parties request that the Court amend its previous order one additional time to extend the deadlines and hearing dates in this matter for another sixty (60) days as follows:

    a. Deadline to file and serve class certification motion - May 11, 2009.

    c. Deadline to file and serve opposition papers - May 25, 2009.

    d. Deadline to file and serve reply papers - June 1, 2009.

    e. Hearing on class certification motion - June 8, 2009 at 8:15 a.m.

Dated: March 11, 2009    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiff,
ERIC LACY, et al.

Dated: March 11, 2009    FIELDS & ISRAEL, LLP

/s/Albert S. Israel
_____
ALBERT S. ISRAEL
Attorney for Defendants,
OROZCO TRUCKING, et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Deadline to file and serve class certification motion - May 11, 2009.

    c. Deadline to file and serve opposition papers - May 25, 2009.

    d. Deadline to file and serve reply papers - June 1, 2009.

    e. Hearing on class certification motion - June 8, 2009 at 8:15 a.m. before Judge O'Neill.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   March 12, 2009**               /s/ Sandra M. Snyder
                                          **UNITED STATES MAGISTRATE JUDGE**