Albert S. Israel (SBN 71320)
FIELDS & ISRAEL LLP
111 West Ocean Boulevard, Suite 2300
Long Beach, California 90802
(562)432-5111
Fax: (562) 432-6333
Email: aisrael@fieldsandisrael.com

Attorneys For Defendant HONORIO OROZCO
individually and dba OROZCO TRUCKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| PEDRO CASTRO, individually and on behalf of all others similarly-situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>OROZCO TRUCKING, HONORIO, OROZCO and DOES 1 through 100,<br><br>          Defendants. | CASE NO.  1:08-CV-0578 LJO SMS<br><br>ORDER VACATING MINUTE ORDER OF MAY 27, 2009 CERTIFYING CLASS ACTION AND SETTING SCHEDULE FOR FILING OPPOSITION AND REPLY PLEADINGS TO MOTION AND FOR HEARING THEREON |

   For the reasons set forth in the accompanying Stipulation For Court To Vacate Minute Order Filed On May 27, 2009, Certifying Class Action, And Setting Schedule For Filing Opposition And Reply Pleadings To Motion And For Hearing Thereon, and good cause appearing therefore, the Court hereby orders as follows:

  1. The Minute Order entered and filed May 27, 2009, certifying class action is vacated in its entirety;

---

2. Hearing on plaintiff's Motion For Class Certification is set for July 30, 2009, at 8:15 a.m. in this Court;

3. Defendant shall have until July 3, 2009, to file and serve opposition pleadings to said Motion For Class Certification;

4. Plaintiff shall have until July10, 2009, to file and serve reply pleadings to any opposition pleadings to said Motion For Class Certification as may be filed by defendants.

IT IS SO ORDERED.

Dated:   **June 3, 2009**                   /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE