UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CASTRO, et al., | CASE NO. CV-F-08-0578 LJO SMS |
| Plaintiffs, | **ORDER TO SET SETTLED CASE STATUS CONFERENCE** |
| v. | |
| OROZCO TRUCKING, et al., | |
| Defendants. | |

    Plaintiff has filed a Notice of Settlement indicating that settlement has been reached this matter and that the settlement payments will conclude on October 16, 2009. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than October 22, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

    This Court VACATES all pending dates and matters.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   July 6, 2009**             /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE