1 Jerry N. Budin
State Bar #88539
2 Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
3 Modesto, California 95355
Telephone: (209) 544-3030
4 Facsimile: (209) 544-3144

5 Attorney for Plaintiff,
PEDRO CASTRO, et al.
6

7

8       UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA

10          (Fresno Division)

11

12 PEDRO CASTRO, et al.,   ) CASE NO. 1:08-cv-00578-LJO-SMS
            )
13     Plaintiff,  ) STIPULATION FOR DISMISSAL WITH
            ) PREJUDICE; ORDER
14 vs.          )
            )
15 OROZCO TRUCKING, et al.,  )
            )
16     Defendants. )
            )
17

18   Pursuant to the Order entered herein on July 6, 2009 (Doc.
19 30), counsel for the parties hereby notify the Court that all of
20 the obligations under the settlement agreement have been satisfied
21 and, therefore, this matter should be dismissed with prejudice.
22 Dated: October 16, 2009

23             LAW OFFICE OF JERRY BUDIN

24
            /s/ Jerry Budin
25
            _____
26             JERRY BUDIN
            Attorney for Plaintiff,
            PEDRO CASTRO, et al.
27

28

Dated: October 16, 2009

FIELDS & ISRAEL, LLP

/s/Albert S. Israel
_____
ALBERT S. ISRAEL
Attorney for Defendants,
OROZCO TRUCKING, et al.

**ORDER**

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:   October 21, 2009**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE